# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Omar Alejandro Millan-Arteaga  *PRINCIPAL*
A200 944 260      YOB:   1991
the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

**M-14-2058-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 21, 2014__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Brenda Marily Perez-Lopez and Donis Estuardo Garcia-Perez, citizens and nationals of Guatemala, along with twelve (12) other undocumented aliens, for a total of fourteen (14), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Hidalgo, Texas to the point of arrest near Hidalgo, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__    FELONY
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

**On October 21, 2014, while performing line watch duties near Hidalgo, Texas, Border Patrol Agents apprehended a group of 15 undocumented aliens. At the McAllen Border Patrol Station, through interviews, Omar Alejandro MILLAN-Arteaga was identified as the foot guide for the group.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

_____
Signature of Complainant

Approved to file Kimberly Ann Leo
AUSA
Sworn to before me and subscribed in my presence,

**Derek Conrow          Senior Patrol Agent**
Printed Name of Complainant

**October 23, 2014**      9:06 am  at  **McAllen, Texas**
Date                                             City and State

**Peter E. Ormsby**  , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-14-2058-M

RE:    Omar Alejandro Millan-Arteaga          A200 944 260

**CONTINUATION:**

**PRINCIPAL'S STATEMENT:**

Omar Alejandro MILLAN-Arteaga was read his rights. He stated he did not wish to make a statement without the presence of an attorney.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Brenda Marily Perez-Lopez told agents she was charged $3,273 (USD) to be smuggled from Guatemala to the United States. Before illegally crossing the Rio Grande River, the foot guide arrived and told the group to obey his commands and to hide in the brush should they see a helicopter. The foot guide also told the group if they snitched on him, they would go to jail as well. Perez identified MILLAN in a photo lineup as the foot guide.

**2-** Donis Estuardo Garcia-Perez told agents he was charged $52,500 (Quetzales) to be smuggled from Guatemala to the United States. Before illegally crossing the Rio Grande River, the foot guide arrived and told the group to obey his commands and to hide in the brush should they see a helicopter. Garcia stated there was only one foot guide leading the group. When Border Patrol arrived the foot guide told the group to hide. Garcia identified MILLAN in a photo lineup as the foot guide.